IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED
JUN 19 2015
Clerk, U.S District Court
District Of Montana
Great Falls

| UNITED STATES OF AMERICA, | CR 14-46-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DISMISS SUPERSEDING INFORMATION |
| SHAD JAMES HUSTON, | |
| Defendant. | |

The Government has moved to this Court to dismiss the Superseding Information in this case pursuant to Fed. R. Crim. P. 48(a). (Doc. 152). Defendant Shad James Huston does not oppose this motion. *Id.*

Huston withdrew his guilty plea to the Superseding Information on March 20, 2015. (Doc. 65). The Superseding Information filed by the Government on August 22, 2014, is no longer valid. (Doc. 13).

**IT IS HEREBY ORDERED** that the Government's unopposed motion to dismiss the Superseding Information (Doc. 152) is GRANTED. **IT IS FURTHER ORDERED** that the Superseding Information filed on August 22, 2014, (Doc. 13) is DISMISSED pursuant to Fed. R. Crim. P. 48(a). This case shall proceed to trial on the Indictment filed on June 19, 2014 (Doc. 1).

1

DATED this 19th day of June, 2015.

_____
Brian Morris
United States District Court Judge